IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL WALTERS                                                                 PLAINTIFF
ADC #181715

v.                                          No. 3:23-cv-44 DPM

DOES;  POINSETT COUNTY
DETENTION CENTER;  PATRICIA
MARSHALL, Captain, Poinsett County
Detention Center;  REGINA HINDERMAN,
Co-Captain, Poinsett County Detention
Center;  JEREMY LIVLY, Jail Administrator,
Poinsett County Detention Center;
JOHN REEVES, Jailor, Poinsett County
Detention Center;  MATT HALL, Sergeant,
Poinsett County Detention Center; and
CARLEI DOUGLAS, Assistant Jail
Administrator, Poinsett County Detention
Center                                                                                  DEFENDANTS

ORDER

   1.   The Court withdraws the reference.

   2.   Walters hasn't filed an amended complaint;  and the time to do so has passed.  *Doc. 24*.  His complaint will be dismissed without prejudice.  Local Rule 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 January 2024