# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICHAEL WALTERS                                                      PLAINTIFF
ADC #181715

v.                            No. 3:23-cv-44 DPM

DOES; POINSETT COUNTY
DETENTION CENTER; PATRICIA
MARSHALL, Captain, Poinsett County
Detention Center; REGINA HINDERMAN,
Co-Captain, Poinsett County Detention
Center; JEREMY LIVLY, Jail Administrator,
Poinsett County Detention Center;
JOHN REEVES, Jailor, Poinsett County
Detention Center; MATT HALL, Sergeant,
Poinsett County Detention Center; and
CARLEI DOUGLAS, Assistant Jail
Administrator, Poinsett County Detention
Center                                                              DEFENDANTS

## JUDGMENT

Walter's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 January 2024